# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) Case No. 19-CR-00665-GPC |
|---|---|
| Plaintiff, | ) JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION |
| v. | ) |
| ALEXIS GULUARTE-ALVAREZ | ) |
| Defendant. | ) |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 6/12/19 .

HONORABLE GONZALO P. CURIEL
United States District Judge